# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2023-0396**

Terry Dwayne Barnes, Jr. v. State of Alabama (Appeal from Lee Circuit Court: CC-22-454 and CC-22-455)

## <u>NOTICE</u>

You are hereby notified that on May 23, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk